| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

FEB 24 1998

Michael N. Milby, Clerk

IN RE: §
                         §     MISCELLANEOUS H-98-____
RONALD P. BERTASI, II §     H 98 076

## Order

    Ronald P. Bertasi, II, must appear and show cause why he should not be held in contempt for not appearing for jury duty and for giving inconsistent stories to the jury staff. The hearing will be:

>Friday, March 20, 1998
>2:00 p.m.
>Courtroom 11-C, Eleventh Floor
>United States Court House
>515 Rusk Avenue
>Houston, Texas 77002.

Signed February 23, 1998, at Houston, Texas.

                                      Lynn N. Hughes
                                  United States District Judge