| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Ronald P. Bertasi, II §
§
versus §
§
§
§
§

Miscellaneous ~~CIVIL ACTION~~ H-98-76

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
MAR 4 1998
Michael N. Milby, Clerk

## Order Resetting Hearing

The hearing set  March 20, 1998  has been reset to: March 19, 1998, at 9:00 a.m..

Each party must send a copy of this order to every other party and affected non-party.

Signed on  March 4 , 1998, at Houston, Texas.

Lynn N. Hughes
United States District Judge

#2

o.
updateddl.