UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: § <br> § <br> RONALD P. BERTASI, II § | MISCELLANEOUS H-98-mc-76 |

Order

Because Ronald P. Bertasi, II has failed to appear as summoned and ordered – for the second time – the United States Marshal is to arrest him and bring him to court.

Signed March 19, 1998, at Houston, Texas.

Lynn N. Hughes
United States District Judge

[Copy delivered to US Marshal] mgc